# EXHIBIT 17

# CONDITIONAL JOB OFFER & MEDICAL REVIEW

**Applicant note:**
This form is to be completed *only after* you have been given an offer of employment.

APPLICANT NAME: Donald A. Lawson
POSITION: Water Plant Operator
DATE OF JOB OFFER: 11-12-2020

Based on qualifications presented on your application form and/or in your job interview, you are hereby offered a job with our organization conditional upon submitting to our standard medical review and the verification of your answers to the following questions. Your job offer cannot and will not be rescinded unless a medical review reveals that you cannot perform the essential functions of the job (with accommodations if requested), or you present a hazard to yourself or others. False or misleading statements are also grounds for rescinding this offer. Please note that workers' compensation benefits in some states may also be affected by false or misleading information. This form must be accurate and complete for us to process. This information is considered personal and medical in nature and will be treated as such by handling it confidentially in strict compliance with the Americans with Disabilities Act. This offer is valid only if the back of this page is signed by a company representative.

## HEALTH AND SAFETY

**I.** ☒ Yes ☐ No    Have you had any injuries on the job?

If yes, please describe:

| | 1 | 2 | 3 |
|---|---|---|---|
| a) date of injury | 2020 | | |
| b) employer | City of Savannah | | |
| c) body part affected | Back / neck | | |
| d) cause | Pulled my back | | |
| e) amount of lost time | 32-40 hours | | |
| f) any permanent disability (%)? | 12% | | |
| g) was workers' comp claim filed? (If applying for a job in NY or IL leave workers' comp question, line g, blank) | Yes | | |

Please list any others in comment section on the back

**II.** ☐ Yes ☒ No    Do you have or have you had other injuries or illnesses not on the job (home, auto, sports, hunting, etc.) that have resulted in hospitalization, surgery or lost work time which would affect your ability to perform the essential functions of this position with or without reasonable accommodation?

If yes, please describe:

| | 1 | 2 | 3 |
|---|---|---|---|
| a) date of injury/illness | | | |
| b) body part affected | | | |
| c) cause | | | |
| d) days in hospital | | | |
| e) days lost work time | | | |
| f) have you recovered? | | | |

Please list any others in comment section on the back

**III.** ☐ Yes ☒ No    Are you taking any long term (more than 30 days) prescribed medications which would affect your ability to perform the essential functions of this position with or without reasonable accommodation?

If yes, please describe:

| | 1 | 2 | 3 |
|---|---|---|---|
| a) type of medication | | | |
| b) purpose | | | |
| c) side effects | | | |

**PERSONAL AND CONFIDENTIAL**

**THIS PAGE CONTAINS SENSITIVE INFORMATION. STORE ONLY IN SECURE "MEDICAL ONLY" FILES, SEPARATELY FROM PERSONNEL RECORDS!**

**COMMENTS:**

**AFFIRMATION AND AUTHORIZATION:**

I hereby affirm that the information on this form is true and correct, and that there are no omissions, false information or misrepresentation of facts. I authorize any physician, medical facility, law enforcement agency, administrator, state agency, institution, information service bureau, insurance company or employer contacted by this company or an agent of this company to furnish or verify workers' compensation information and medical records.

I further acknowledge that a telephone facsimile (FAX) or photographic copy shall be as valid as the original.

11-12-2020     [Signature]
Today's Date     Signature

Upon successful completion of this review you will be given a start date.

_____     _____
Today's Date     Authorized Signature of Company Representative

**FOR EMPLOYER USE ONLY**

VERIFICATION (Personnel Administrator) _____

MEDICAL REVIEW (Medical Professional) _____

**PERSONAL AND CONFIDENTIAL**

THIS PAGE CONTAINS SENSITIVE INFORMATION. STORE ONLY IN SECURE "MEDICAL ONLY" FILES, SEPARATELY FROM PERSONNEL RECORDS!

TSAY000003